Dismissed and Memorandum Opinion filed June 10, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00365-CV

____________

 

KENT HYTKEN AND HPGP L.L.C., Appellants

 

V.

 

SPARKLEBERRY EB, L.L.C., EAST BEACH PROJECT PHASE I,
LTD. SOURCEONE CAPITAL GROUP, L.P., GALVESTON 35, L.L.C., FRANK SCHAEFER
CONSTRUCTION, INC., FRANK G. SCHAEFER AND NOLEEN SCHAEFER, INDIVIDUALLY AND
TRUSTEES OF THE SCHAEFER FAMILY TRUST AND GALVESTON SHORES, L.P. Appellees

 



On Appeal from the 212th District Court

Galveston County, Texas

Trial Court Cause No. 2009CV1723



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed March 25, 2010.  On May 27, 2010, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Anderson, Frost, and
Seymore.